**Dismissed and Memorandum Opinion filed July 2, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-01003-CV

## MATT TAHMASEBI, Appellant

## V.

## ELISA TAHMASEBI, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-222811**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 19, 2018. The clerk's record was filed December 10, 2018. The reporter's record was filed December 17, 2018. No brief was filed.

On May 15, 2019, this court issued an order stating that unless appellant filed a brief on or before June 17, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.